**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

JOSEPH MOSS,

Plaintiff

v.

MARY PERRY, et al.,

Defendants

Case No.: 2:25-cv-00163-APG-EJY

**Order Dismissing Case**

The plaintiff has not taken action to prosecute his claims against the defendants since October 2025. The clerk of court therefore issued a notice on July 16, 2026 advising the plaintiff that if he took no action in this case within 30 days, the court would dismiss the case for want of prosecution. ECF No. 14. The plaintiff has taken no action.

I THEREFORE ORDER that the plaintiff's amended complaint (ECF No. 12) is dismissed without prejudice. The clerk of court is instructed to close this case.

DATED this 31st day of July, 2026.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE