**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

JOSEPH MOSS,

Plaintiff

v.

MARY PERRY, et al.,

Defendants

Case No.: 2:25-cv-00163-APG-EJY

**Order Rescinding Order Dismissing Case**

The clerk of court issued a notice on July 16, 2026 advising the plaintiff that if he took no action in this case within 30 days, the court would dismiss the case for want of prosecution. ECF No. 14. I entered an order dismissing the case on July 31, 2026. That order was premature as it did not afford the plaintiff the full 30 days.

I THEREFORE ORDER that my July 31, 2026 order **(ECF No. 15) is rescinded**. The clerk of court is instructed to reopen this case.

DATED this 3rd day of August, 2026.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE